Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ANNA LOU HENRY,** | Civil No. 10-6052-KI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $22,550.18 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $5277.08, is $17,273.10, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     1

amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of _____July 26_____, 2012

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -     2